# PERINI & HOERGER
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
HAUPPAUGE, NEW YORK 11749

**RAYMOND G. PERINI**  (631) 232-2224
**MAUREEN S. HOERGER**  FAX (631) 232-2344
---------------
**MICHAEL M. McCLELLAN**
OF COUNSEL

Hon. John Gleeson                    February 10, 2009
United States District Court
Eastern District of New York
Federal Courthouse
Cadman Plaza
Brooklyn, New York

Dear Judge Gleeson,            **United States v. Matthew Cody**
                                           **09-CR-162-1**

We write to request that Mr. Cody's bail conditions be modified to permit him to attend a family Christening in Bayonne, New Jersey on Sunday.

In addition, we request the sentencing be moved to May 21, 2010, after the conclusion of the co-defendant's trial. AUSA Steven Tisone has been consulted regarding these applications and he has no objection. I would appreciate the court granting our applications.

Thank you for your consideration in this regard.

                                                Sincerely,
                                                PERINI & HOERGER


                                                RAYMOND G. PERINI

Cc: AUSA Steven Tisone

    Patrick Broderick, Esq.